**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re Application of                                                  :
                                                                            :
NICHOLAS LAMOTTE                                            :          26-MC-0063 (JPC) (OTW)
                                                                            :
               Petitioner,                                          :          **ORDER**
                                                                            :
For an Order to Obtain Discovery Pursuant to   :
28 U.S.C. § 1782 for Use in a Foreign              :
Proceeding.                                                        :
                                                                            :
                                                                            :
                                                                            :
                                                                            :
                                                                            :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      Non-party Helen Economides ("Intervenor") filed a motion seeking to:

1) intervene in this action;
2) vacate the Court's prior Order, (ECF 7) permitting Petitioner to take discovery pursuant to 28 U.S.C. § 1782; and
3) quash or stay two subpoenas already issued to two U.S. banks pursuant to the Court's prior Order.

(ECF 14). Petitioner does not take a position on whether Intervenor should be permitted to intervene but opposes the remainder of the motion. (Opp., ECF 31 at 15).

      Courts in this District routinely grant unopposed motions to intervene where the discovery sought under Section 1782 is intended to be used against the proposed intervenor in a foreign proceeding. *See, e.g.*, *In re Bourlakova*, No. 24-MC-71 (JPO), 2024 WL 4839047, at *2 (S.D.N.Y. Nov. 20, 2024), *aff'd*, No. 24-3187, 2025 WL 1733495 (2d Cir. June 23, 2025) (granting unopposed motion to intervene where Section 1782 petitioners "intend to use the requested discovery in their U.K. Proceeding against the [proposed intervenors]"). As the parties do not dispute Petitioner intends to use

discovery against Intervenor in their Greek custody dispute[1], Intervenor's motion is

**GRANTED IN PART** to the extent that she is permitted to intervene in this action. The

Court reserves decision on all other aspects of Intervenor's motion.

      **SO ORDERED.**

/s/ Ona T. Wang

Dated: May 15, 2026                             **Ona T. Wang**
      New York, New York              United States Magistrate Judge

---

[1] Petitioner and Intervenor are married and share one child. They are currently opposing parties in a custody litigation in Greece. (Mem. of Law, ECF 15 at 1).