**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re Application of                     :

                                           :

NICHOLAS LAMOTTE          :            26-MC-0063 (JPC) (OTW)

                                           :

        Petitioner,       :         **ORDER**

                                           :

For an Order to Obtain Discovery Pursuant to  :
28 U.S.C. § 1782 for Use in a Foreign      :
Proceeding.                                :

                                           :

                                         :

------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court will hold a conference in this matter on **Wednesday, June 03, 2026 at 11:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** Any party wishing to dispute discovery sought by Petitioner in this matter shall attend in-person. All parties who plan to attend the conference are directed to meet and confer and file a joint agenda describing any remaining disputes by **May 29, 2026**. Petitioner is further directed to include the status of production for each subpoena in the agenda.

        Petitioner is directed to serve a copy of this Order on Intervenor Helen Economides, as well as upon Respondents J.P. Morgan Chase & Co. and Morgan Stanley. Petitioner shall file proof of such service by **May 20, 2026.**

        **SO ORDERED.**

                                          */s/ Ona T. Wang*

Dated: May 15, 2026                  **Ona T. Wang**
       New York, New York          United States Magistrate Judge